ACCEPTED
03-16-00733-CV
14564354
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/4/2017 4:33:21 PM
JEFFREY D. KYLE
CLERK

# 03-16-00733-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/4/2017 4:33:21 PM
JEFFREY D. KYLE
Clerk

In the

# Third Court of Appeals

**SITTING AT AUSTIN**

---

## DAVID MARTIN CAMP AND BARGAINS FOR MILLIONAIRES, LLC D/B/A REVIVAL

Appellants,

v.

## DAWN PATTERSON,

Appellee

---

**Appealed from the 126th District Court**
**Travis County Texas**
**Trial Court Cause No. D-1-GN-16-002212**

---

**APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

---

Joshua R. Hilbe
Texas State Bar No. 24092513
jhilbe@chadpinkerton.com
THE PINKERTON LAW FIRM
5020 Montrose Blvd., Suite 550
Houston, Texas 77006
Phone: (713) 360-6722
Fax: (713) 360-6810
**Attorneys for Appellee**

## A. INTRODUCTION

1.     Appellants are DAVID MARTIN CAMP and BARGAINS FOR MILLIONAIRES, LLC d/b/a REVIVAL. Appellee is DAWN PATTERSON.

2.     This is an appeal from the trial court's October 10, 2016 denial of a motion to dismiss pursuant to the Texas Anti-SLAPP statute or the Texas Citizens Participation Act. *See* Tex. Civ. Prac. & Rem. Code Ann. §27.003.

3.     Appellant's brief was filed on December 15, 2016.

4.     This motion to extend time is filed before Appellee's brief is due.

5.     This motion is unopposed.

## B. ARGUMENT AND AUTHORITIES

6.     If a motion for extension complies with Rule 10.5(b), the Court has authority to extend the time for a party to file a brief. Tex. R. App. P. 38.6(d). The motion can be filed "before or after the date the brief is due." *Id.* This motion complies with Tex. R. App. P. 10.5(b)

7.     Appellee's brief is due on or before January 5, 2017.

8.     No prior extension has been granted to file Appellee's brief.

9.     Appellee requests an additional 20 days to file her brief, extending the deadline to January 25, 2017.

10.     To be entitled to an extension, appellees must state facts that reasonably explain the need for an extension. Tex. R. App. P. 10.5(b)(1)(C). A "reasonable explanation" is "any plausible statement of circumstances" indicating the need for additional time. *Hone v. Hanafin*, 104 S.W.3d 884, 886 (Tex. 2003). Appellee needs additional time to prepare and file her brief for the following reasons:

- 2 -

a. Appellee's counsel, along with co-counsel J. Joshua Collum, was in trial all day on January 3, 2017 in Cause No. 2015-23775, *Helen Berard, Individually and as next friend of Angie Wright v. Ysabel Garcia*; in the 80th Judicial District Court of Harris County, Texas. In addition to being out of the office all day on January 3, 2017, Appellee's counsel needed to prepare for the trial, prepare, exchange and review all pre-trial materials with opposing counsel, prepare voir dire, prepare direct examination of the plaintiff, and prepare closing arguments. *See* Exhibit A.

b. When Appellee received notice of Appellants' Brief, the Clerk of the 3rd Court of Appeals initially calendared Appellee's response due date as January 17, 2017. *See* Exhibit B. When Appellee's counsel called the Court on January 4, 2017 to confirm the due date, the clerk advised that the due date of January 17, 2017 was in error and that the actual due date was January 5, 2017.

11. For these reasons, Appellee's counsel will not be able to complete Appellee's brief in the instant cause before the current **January 5, 2017**, due date. This extension is not sought for the purposes of delay.

## C. PRAYER

12. For these reasons, Appellee asks the Court to extend the time for filing Appellee's brief for 20 days from **January 5, 2017** until **January 25, 2017**. Appellee prays the Court for such other and further relief, at law or in equity, as to which she shall show herself justly entitled.

Respectfully submitted,

THE PINKERTON LAW FIRM, PLLC

*/s/Joshua R. Hilbe*

**C. Chad Pinkerton**
Tx. Bar No. 24047199
**Joshua R. Hilbe**
Tx. Bar No. 24092513
5020 Montrose Blvd, Suite 550
Houston, Texas 77006
713-360-6722 (Office)
713-360-6810 (Facsimile)
www.ChadPinkerton.com

## CERTIFICATE OF CONFERENCE

I hereby certify that on **January 4, 2017**, pursuant to Tex. R. App. P. 10.1(a)(5), I conferred with Counsel for Appellants by e-mail and he is unopposed to and in agreement with the relief requested herein.

*/s/Joshua R. Hilbe*
Joshua R. Hilbe

## CERTIFICATE OF SERVICE

I hereby certify that on **January 4, 2017**, a true and correct copy of the foregoing was sent by E-service in accordance with Tex. R. App. P. 9.5(b) to the following counsel of record:

Daniel R. Dutko
**HANSZEN LAPORTE**
11767 Katy Freeway, Suite 850
Houston, Texas 77079
Attorney for Appellants David Camp and
Bargains for Millionaires, LLC d/b/a Revival

*/s/Joshua R. Hilbe*
Joshua R. Hilbe

**HCDistrictclerk.com**     BERARD, HELEN vs. GARCIA, YSABEL     1/4/2017

Cause: 201523775     CDI: 7     Court: 080

## SETTINGS

| Date | Court Post Jdgm | Docket Type | Reason | Results | Comments | Requesting Party |
|---|---|---|---|---|---|---|
| 2/01/2016 09:00 AM | 080 | Trial Setting | Trial on Merits | Re-Set | 1ST CONT GRANTED 1/14/16 | |
| 5/23/2016 09:00 AM | 080 | Trial Setting | Trial on Merits | Re-Set | 2ND CONT GRANTED 5/25/16 | |
| 8/01/2016 09:00 AM | 080 | Trial Setting | Trial on Merits | Re-Set | NOT REACHED | |
| 1/02/2017 09:00 AM | 080 | Trial Setting | Trial on Merits | | | |
| 1/20/2017 09:15 AM | 080 | Law Day Docket | ENTRY OF JUDGMENT | | | |



EXHIBIT
A

Case No. 201523775

BERARD, HELEN

vs.

GARCIA, YSABEL

\*
\*
\*
\*
\*

IN THE DISTRICT COURT OF

HARRIS COUNTY, TEXAS

80th    JUDICIAL DISTRICT

## ORDER RESETTING TRIAL

This case is reset for TRIAL for the two week period beginning 01-02-2017.

If the case has not been reached by the second Friday after this date, the trial will be

reset. All previous pre-trial deadlines remain in effect, unless changed by the court.

If you have any questions regarding this notice, please contact the court

coordinator, SONIA MIRANDA at (713) 368-6098.


Signed

Unofficial Copy Office of Chris Daniel District Clerk

LARRY WEIMAN
Judge, 80TH DISTRICT COURT
Generated on: 10/17/2016


JAMES JOSHUA COLLUM
5020 MONTROSE BLVD STE 550
HOUSTON TX 77006-6577

24087329

JCVF17
rev.12311999

**Case:** 03-16-00733-CV

**Date Filed:** 10/31/2016

**Case Type:** Interlocutory

**Style:** David Martin Camp and Bargains for Millionaires LLC d/b/a Revival

**v.:** Dawn Patterson

**Orig Proc:** No

**Transfer From:**

**Transfer In:**

**Transfer Case:**

**Transfer To:**

**Transfer Out:**

**Pub Service:**

## APPELLATE BRIEFS

| Date | Event Type | Description | Document |
|------|-----------|-------------|----------|
| 12/16/2016 | Brief filed - oral argument requested | Appellant | [ PDF/310 KB ] |
| 12/15/2016 | Brief received - oral argument requested | Appellant | |

## CASE EVENTS

| Date | Event Type | Disposition | Document |
|------|-----------|-------------|----------|
| 12/16/2016 | Brief filed - oral argument requested | | [ PDF/310 KB ] |
| 12/15/2016 | Brief received - oral argument requested | | |



| Date | Event Type | Disposition | Document |
|------|-----------|-------------|----------|
| 12/02/2016 | Motion for extension of time to file brief disposed | Motion or Writ Granted | [ PDF/77 KB ] |
| 12/02/2016 | Motion for extension of time to file brief filed | | [ PDF/989 KB ] |
| 12/01/2016 | Motion for extension received | | |
| 11/21/2016 | Record Sent | | |
| 11/15/2016 | Clerks record filed | | [ PDF/73 KB ] |
| 11/08/2016 | Reporters record filed | | [ PDF/79 KB ] |
| 10/31/2016 | Docketing statement filed | | |
| 10/31/2016 | Notice of appeal filed in court of appeals | | [ PDF/82 KB ] |

## CALENDARS

| Set Date | Calendar Type | Reason Set |
|----------|---------------|------------|
| 01/17/2017 | Status | Appellee brief due |

## PARTIES

| Party | PartyType | Representative |
|-------|-----------|----------------|
| Camp, David Martin | Appellant | Mr. Daniel Dutko |
| Patterson, Dawn | Appellee | Mr. Joshua Hilbe |
| Bargains for Millionaires LLC d/b/a Revival | Appellant | Mr. Daniel Dutko |

## TRIAL COURT INFORMATION

**Court:** 126th District Court

**County:** Travis

**Court Judge:** Honorable Suzanne Covington

**Court Case:** D-1-GN-16-002212

**Court Reporter:**    Jamie Foley

**Punishment:**

To view or print PDF files you must have the Adobe Acrobat® reader. This software may be obtained without charge from Adobe. Download the reader from the Adobe Web site